**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Mack Washington, Jr., Appellant.

Appellate Case No. 2014-000667

———————

Appeal From Colleton County
Perry M. Buckner, III, Circuit Court Judge

———————

Unpublished Opinion No. 2016-UP-101
Submitted November 1, 2015 – Filed March 2, 2016

———————

**APPEAL DISMISSED**

———————

Appellate Defender Tiffany Lorraine Butler, of
Columbia; and Mack Washington, Jr., pro se, for
Appellant.

Attorney General Alan McCrory Wilson and Interim
Senior Assistant Deputy Attorney General John
Benjamin Aplin, of Columbia, for Respondent.

———————

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.** [1]

**HUFF, A.C.J., and WILLIAMS and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.